UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

                                        NO. CIV. S-05-772 LKK/KJM

    Plaintiff,

  v.                                               O R D E R

CONSTANCIO CU, JR., et al.,

    Defendants.

_____/

    By minute order filed July 13, 2005, the Status Conference in the above-captioned case was continued to August 1, 2005. The court's Order Setting Status (Pretrial Scheduling) Conference requires the parties to file and serve status reports not later than ten days preceding the conference. Neither party has done so.

    Accordingly, the court hereby ORDERS that:

    1. Counsel for both parties are ordered to SHOW CAUSE in writing within ten (10) days from the effective date of this order why sanctions in the amount of one hundred fifty dollars ($150.00) should not be imposed for failure to timely file a status report.

1

    2.   The Status Conference is CONTINUED to September 6, 2005 at 11:00 a.m.; and

    3.   The parties shall FILE and serve status reports not later than ten (10) days preceding the conference.

IT IS SO ORDERED.

DATED: July 29, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT